UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

**CRAFT HOUSE CORPORATION**,

    *Plaintiff*,

vs.

**LANARD TOYS, INC.**,
a California corporation, and
**LANARD TOYS LTD.**,
a Hong Kong corporation,

    *Defendants.*

HONORABLE ARTHUR J. TARNOW

CIVIL ACTION NO. 2:06-CV-10219

---

| | |
|---|---|
| MARK A. CANTOR        (P32661)<br>MARC LORELLI          (P63156)<br>**BROOKS KUSHMAN P.C.**<br>1000 Town Center<br>Twenty-Second Floor<br>Southfield, Michigan  48075-1238<br>Tel:     (248) 358-4400<br>Fax:    (248) 358-3351<br><br>*Attorneys for Plaintiff* | ANDREW S. DOCTOROFF       (P44344)<br>**HONIGMAN MILLER SCHWARTZ AND COHN**<br>2290 First National Building<br>Detroit, Michigan 48226<br>Tel:     (313) 465-7360<br>Fax:    (313) 465-7361<br><br>STEVEN R. GUSTAVSON<br>RUSSELL H. FALCONER<br>JEFFREY D. SULLIVAN<br>ROBERT L. MAIER<br>**BAKER BOTTS L.L.P.**<br>30 Rockefeller Plaza<br>New York, New York 10112<br>Tel:     (212) 408-2500<br><br>*Attorneys for Defendants* |

---

# STIPULATED ORDER OF DISMISSAL
# WITH PREJUDICE

The parties have entered into a Settlement Agreement in connection with the above-captioned case. Accordingly, it is hereby stipulated by the parties hereto that the claims and counterclaims asserted in the above-captioned case are dismissed with prejudice with each side to bear their own costs and attorney fees. The Court shall retain jurisdiction to enforce the Settlement Agreement between the parties.

**SO ORDERED.**

s/Arthur J. Tarnow
Arthur J. Tarnow
United States District Judge

Dated: August 2, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 2, 2006, by electronic and/or ordinary mail.

s/Theresa E. Taylor
Case Manager

STIPULATED TO AND APPROVED:

| **BROOKS KUSHMAN P.C.** | **BAKER BOTTS L.L.P.** |
|---|---|
| By:  /s/ Mark A. Cantor            | By: /s/ Steven R. Gustavson w/ Consent   |
| MARK A. CANTOR         (P31661) | STEVEN R. GUSTAVSON |
| MARC LORELLI     (P63156) | RUSSELL H. FALCONER |
| 1000 Town Center | JEFFREY D. SULLIVAN |
| Twenty-Second Floor | ROBERT L. MAIER |
| Southfield, Michigan 48075-1238 | 30 Rockefeller Plaza |
| Tel:  (248) 358-4400 | New York, New York 10112 |
|      *Attorneys for Plaintiff* | Tel:    (212) 408-2500 |
| mcantor@brookskushman.com |      *Attorneys for Defendants* |
|  | steven.gustavson@bakerbotts.com |
| Dated:   August 1, 2006   |  |
|  | Dated:    August 1, 2006   |

**HONIGMAN MILLER SCHWARTZ AND COHN**

By: /s/ Andrew S. Doctoroff w/ Consent
ANDREW S. DOCTOROFF    (P44344)
2290 First National Building
Detroit, Michigan 48226
Tel:    (313) 465-7360
asd@honigman.com

Dated:   August 1, 2006